

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO ROSARIO,<br><br>Defendant. | Case No. 21-MJ-2177<br><br>ORDER OF DETENTION |

## I.

On May 3, 2021, Defendant made his initial appearance in this district on the indictment filed in the Southern District of New York. Defendant was assisted by Jesus Rivera, a Spanish language interpreter. Deputy Federal Public Defender Michael Brown was appointed to represent Defendant. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Defendant's use of numerous aliases and dates of birth
- ☒ Allegations in the indictment involve Defendant's failure to obtain permission before re-entering the United States after removal.
- ☒ Defendant does not have legal status in the United States and has been previously deported.
- ☒ Defendant is a citizen of the Dominican Republic where he has familial ties and has purchased a residence.

The Court notes that Defendant's fiancé and proposed surety was unable to corroborate or verify certain background information about Defendant including his date of birth, nature of employment and whether the residence they had purchased in the Dominican Republic was subject to a mortgage.

As to danger to the community:

- ☒ Defendant's criminal record includes a robbery conviction in 2004, and a large number of misdemeanor convictions for assault, contempt, vehicle violations and evidences a disregard for, and violation of, court orders.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the Southern District of New York for further proceedings. <u>The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and the status of</u>

<u>defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: May 3, 2021

\_\_\_\_\_/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE